**DENY and Opinion Filed December 2, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01250-CV

### IN RE JODY LEVIS JOHNSON, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. W94-53385-P**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Goldstein
Opinion by Justice Nowell

In his petition for writ of mandamus, relator appears to challenge the trial

court's dismissal of his petition for article 11.07 habeas relief. We deny the petition.

To establish a right to mandamus relief in a criminal case, the relator must

show that the trial court violated a ministerial duty and there is no adequate remedy

at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig.

proceeding). Here, the mandamus petition does not comply with Rule 52 in

numerous respects, and, in any event, only the Texas Court of Criminal Appeals has

jurisdiction to grant article 11.07 habeas relief. *See* TEX. CODE CRIM. PROC. ANN.

art. 11.07, §§ 3, 5; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim.

App. 1991) (orig. proceeding). Because we conclude that relator failed to show his entitlement to mandamus relief, we deny the petition. *See* TEX. R. APP. P. 52.8(a).


221250f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE